Erica K. Rocush, State Bar No. 262354
erica.rocush@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA  94105
Telephone:    415.442.4810
Facsimile:    415.442.4870

Daniel E. Farrington (*pro hac vice*)
dfarrington@farringtonlaw.com
The Farrington Law Firm, LLC
4550 Montgomery Avenue, Suite 775N
Bethesda, MD 20814
Telephone: 301.951.1538
Facsimile: 301.951.1544

Attorneys for Defendant
US AIRWAYS, INC.

Kathleen A. McCormac, State Bar No. 159012
Valerie R. Perdue, State Bar No. 278322
MCCORMAC & ASSOCIATES
655 Montgomery Street, Suite 1200
San Francisco, CA  94111
Telephone:    415.399.1722
Facsimile:    415.399.1733

Attorneys for Plaintiff
SUKHBIR KAUR

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUKHBIR KAUR,<br><br>            Plaintiff,<br><br>      vs.<br><br>US AIRWAYS, INC. and DOES 1 to 10, inclusive,<br><br>            Defendant. | Case No. 3:12-cv-05963-EMC<br><br>**[PROPOSED] ORDER RE: DISMISSAL**<br><br>Complaint Filed: October 31, 2012<br>                (Superior Court)<br>Case Removed:    November 21, 2012<br>Trial Date:     None Set |

[PROPOSED] ORDER RE: STIPULATION RE: DISMISSAL WITH PREJUDICE OF ENTIRE ACTION

**[PROPOSED] ORDER**

The parties having fully and finally resolved this matter and having stipulated that this matter shall be dismissed in its entirety with prejudice,

Accordingly, the Court hereby orders that:

This matter shall be dismissed in its entirety with prejudice, each side to bear its own costs and attorneys' fees.

Dated: _____ 7/2/13 _____



HONORABLE _____ CHEN
_____ GE

IT IS SO ORDERED

Judge Edward M. Chen