1  Erica K. Rocush, State Bar No. 262354
   erica.rocush@ogletreedeakins.com
2  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   Steuart Tower, Suite 1300
3  One Market Plaza
   San Francisco, CA  94105
4  Telephone:    415.442.4810
   Facsimile:    415.442.4870
5

6  Daniel E. Farrington (*pro hac vice*)
   dfarrington@farringtonlaw.com
   The Farrington Law Firm, LLC
7  4550 Montgomery Avenue, Suite 775N
   Bethesda, MD 20814
8  Telephone: 301.951.1538
   Facsimile: 301.951.1544
9

10 Attorneys for Defendant
   US AIRWAYS, INC.

11 Kathleen A. McCormac, State Bar No. 159012
   Valerie R. Perdue, State Bar No. 278322
12 MCCORMAC & ASSOCIATES
   655 Montgomery Street, Suite 1200
13 San Francisco, CA  94111
   Telephone:    415.399.1722
14 Facsimile:    415.399.1733

15 Attorneys for Plaintiff
   SUKHBIR KAUR
16

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SUKHBIR KAUR,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>US AIRWAYS, INC. and DOES 1 to 10, inclusive,<br><br>　　　　　Defendant. | Case No. 3:12-cv-05963-EMC<br><br>**[PROPOSED] ORDER RE: DISMISSAL**<br><br>Complaint Filed: October 31, 2012<br>　　　　　　　　(Superior Court)<br>Case Removed:　November 21, 2012<br>Trial Date:　　　None Set |

**[PROPOSED] ORDER**

The parties having fully and finally resolved this matter and having stipulated that this matter shall be dismissed in its entirety with prejudice,

Accordingly, the Court hereby orders that:

This matter shall be dismissed in its entirety with prejudice, each side to bear its own costs and attorneys' fees.

Dated:     7/2/13



HONORABLE _____ CHEN
_____ JUDGE

1                          Case No. 3:12-cv-05963-EMC
[PROPOSED] ORDER RE: STIPULATION RE: DISMISSAL WITH PREJUDICE OF ENTIRE ACTION